# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRELL W. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0500 |
| | ) | Judge Trauger |
| ROBERTSON COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 3rd day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge